UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON, OHIO

| | | |
|---|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, ET AL., | : : : : | CASE NO. 3:03-CV-305 (JUDGE THOMAS M. ROSE) |
| PLAINTIFFS | : : | **ENTRY OF DEFAULT JUDGMENT AGAINST CREATIVE STEEL CONSTRUCTION, INC.** |
| -VS- | : : | |
| CREATIVE STEEL CONSTRUCTION, INC. | : : | |
| DEFENDANT | | |

In this action the Defendant, **CREATIVE STEEL CONSTRUCTION, INC.**, having been served with a copy of the summons and Complaint, has failed to plead or otherwise defend. The time for pleading or otherwise defending has expired and the default of the Defendant, **CREATIVE STEEL CONSTRUCTION, INC.**, has been duly entered according to law.

Upon application of the Plaintiffs, judgment is hereby entered against the Defendant Creative Steel Construction, Inc.

**Wherefore It Is Ordered, Adjudged and Decreed** that:

1. the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, shall have and recover against the Defendant, Creative Steel Construction, Inc., in the sum of **$31,227.26**, together with interest, computed pursuant to Title 28 U.S.C. §1961, and the costs of this action, and that the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust have execution therefor;

2.  the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Pension Trust, shall have and recover against the Defendant, Creative Steel Construction, Inc., in the sum of **$27,504.65**, together with interest, computed pursuant to Title 28 U.S.C. §1961, and the costs of this action, and that the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Pension Trust have execution therefor;

3.  the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Annuity Trust, shall have and recover against the Defendant, Creative Steel Construction, Inc., in the sum of **$21,869.78**, together with interest, computed pursuant to Title 28 U.S.C. §1961, and the costs of this action, and that the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Annuity Trust have execution therefor;

For a total judgment in favor of the Plaintiffs and against the Defendant, Creative Steel Construction, Inc., in the amount of **$80,601.69**, together with interest, computed pursuant to Title 28 U.S.C. §1961, and the costs of this action.

s/Thomas M. Rose

Thomas M. Rose, Judge

UNITED STATES DISTRICT COURT